IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:05-CR-58-1H

UNITED STATES OF AMERICA,   )
                            )
                            )
                            )
     v.                     )
                            )                **ORDER**
                            )
BOBBY RAY SMALLWOOD,        )
                            )
     Defendant.             )
                            )

This matter is before the court on defendant's motion for return of overpayment of restitution funds [DE #60]. A review of the court's financial records in this matter reveal that the court correctly transferred the money to overpayment, and that as the money was from a US Treasury offset, Treasury would have issued the refund. As the overpayment was properly transferred from the court, the motion [DE #60] is denied.

This 3rd day of December 2020.

_____
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26